IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1162-AP

CARL R. MILLER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Robert C. Dawes, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411; (970) 247-1482 (fax)
robert.dawes@daawesandharriss.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
By:  Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration

1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570; (303) 844-0770 (fax)
debra.meachum@ssa.gov
d_meachum@hotmail.com

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**C.**     **DATES OF FILING OF RELEVANT PLEADINGS**

   **A.**     **Date Complaint Was Filed:** June 21, 2005.

   **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** July 19, 2005.

   **C.**     **Date Answer and Administrative Record Were Filed:** September 15, 2005.

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**  Plaintiff does not disagree with Defendant's assertion.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Defendant will not submit additional evidence.**  Plaintiff does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**  Plaintiff agrees with Defendant.

**7. OTHER MATTERS**

**Defendant has no other matters to bring to the attention of the Court.**  Plaintiff has no other matters to bring to the attention of the Court.

**8. PROPOSED BRIEFING SCHEDULE**

  **A.** **Plaintiff's Opening Brief Due:** **NOVEMBER 7, 2005.**

  **B.** **Defendant's Response Brief Due:** **DECEMBER 7, 2005.**

  **C.** **Plaintiff's Reply Brief (If Any) Due: DECEMBER 21, 2005.**

**9.** **STATEMENTS REGARDING ORAL ARGUMENT**

  **A.** **Plaintiff's Statement: Plaintiff does not request oral argument.**

  **B.** **Defendant's Statement:**
  **Defendant does not request oral argument.**

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
   *Indicate below the parties' consent choice.*

  **A.** **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.** **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 26th day of September, 2005.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**
**s/ Robert C. Dawes 9/23/05**
Robert C. Dawes, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411; (970) 247-1482 (fax)
robert.dawes@daawesandharriss.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
ASSISTANT UNITED STATES ATTORNEY
**s/Kurt J. Bohn  9/23/05**

**s/Debra J. Meachum  9/23/05**
Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570; (303) 844-0770 (fax)
d_meachum@hotmail.com; debra.meachum@ssa.gov