IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01162-MSK

CARL R. MILLER,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendants.

_____

## ORDER SETTING ORAL ARGUMENT
_____

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

IT IS THEREFORE ORDERED that a **one hour** oral argument hearing will be held on **March 9, 2006 at 8:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side**.

Dated this 17th day of January 2006.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge